IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-817-WKW |
| | ) | |
| CHERYL P. CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Since Plaintiff initiated this lawsuit on September 12, 2006, it has taken no action to prosecute its claims beyond filing the Complaint and having the U.S. Marshals Service perfect service of the summons. (*See* Docs. # 1, 2, 5.) Accordingly, it is hereby

ORDERED that on or before November 27, 2006, the plaintiff shall show cause in writing why this cause should not be dismissed for want of prosecution.

The Court ADVISES the plaintiff that a failure to comply with this Order shall be construed as an abandonment of its claims against the defendant and will lead to dismissal of the above-styled action.

DONE this 16th day of November, 2006.

                                             /s/   W.  Keith Watkins
                                             UNITED STATES DISTRICT JUDGE