IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 2:06-CV-817-WKW |
| | ) |
| CHERYL P. CHARLES, c/k/a | ) |
| CHERYL P. HUNTER, | ) |
| | ) |
| Defendant. | ) |

### APPLICATION TO CLERK FOR ENTRY OF DEFAULT

The Clerk for the above-entitled Court will enter default against the Defendant, Cheryl P. Charles, c/k/a Cheryl P. Hunter, in the above cause for failure to plead, answer or otherwise defend in said cause as required by law.

                                              LEURA G. CANARY
                                              United States Attorney

                                       By: s/R. Randolph Neeley
                                          R. RANDOLPH NEELEY
                                          Assistant United States Attorney
                                          Bar Number: 9083-E56R
                                          Post Office Box 197
                                          Montgomery, AL  36101-0197
                                          Telephone No.: (334) 223-7280
                                          Facsimile No.: (334) 223-7418
                                          E-mail:  **rand.neeley@usdoj.gov**

Default entered

_____

BY: _____
     Clerk/Chief Deputy

```
          IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 2:06-CV-817-WKW |
| | ) |
| CHERYL P. CHARLES, c/k/a | ) |
| CHERYL P. HUNTER, | ) |
| | ) |
| Defendant. | ) |

### REQUEST FOR ENTRY OF DEFAULT AND JUDGMENT

To the Clerk of the United States District Court:

The defendant, Cheryl P. Charles, c/k/a Cheryl P. Hunter, having been served with process on October 18, 2006, in the above-entitled and numbered action, has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure. Therefore, you are requested to enter against the defendant, Cheryl P. Charles, c/k/a Cheryl P. Hunter, default and judgment in the amount set forth in the attached certificate.

      This request and certificate are sent to you in accordance with Rules 55(a) and (b) of the Federal Rules of Civil Procedure.

                                  LEURA G. CANARY
                                United States Attorney

                        By: s/R. Randolph Neeley
                            R. RANDOLPH NEELEY
                            Assistant United States Attorney
                            Bar Number: 9083-E56R
                            Post Office Box 197
                            Montgomery, AL  36101-0197
                            Telephone No.: (334) 223-7280
                            Facsimile No.: (334) 223-7418
                            E-mail:  **rand.neeley@usdoj.gov**

      IN THE DISTRICT COURT OF THE UNITED STATES
        FOR THE MIDDLE DISTRICT OF ALABAMA
              NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|         Plaintiff, | ) |
| | ) Civil No. 2:06-CV-817-WKW |
|   v. | ) |
| CHERYL P. CHARLES, c/k/a | ) |
| CHERYL P. HUNTER, | ) |
|         Defendant. | ) |

## CERTIFICATE

    I am one of the attorneys for Plaintiff in the above-styled action. In that capacity and upon information and belief, I state:

    1. It appears that service of process was perfected on defendant on October 18, 2006; that United States Marshal's Return of Service is on file herein.

    2. A judgment for affirmative relief is sought against defendant and defendant has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

    3. Information available to me indicates that defendant is not an infant or incompetent person and has not been in the military service of the United States since the filing of this action nor for a period of six months prior to such filing.

4.   There is now due by the defendant to the plaintiff on the debt set forth in the complaint the sum of $17,998.07 ($9,071.76 principal and $8,926.31 interest accrued through July 18, 2006), and interest at the rate of 8 percent per annum thereafter to the date of judgment, and interest at the legal rate from the date of judgment until paid in full, for cost of suit and other proper relief.

I certify, pursuant to 28 U.S.C. 1746(2), under penalty of perjury that the foregoing is true and correct.

DATED November 17, 2006.

                                        LEURA G. CANARY
                                      United States Attorney

                                 By: s/R. Randolph Neeley
                                    R. RANDOLPH NEELEY
                                    Assistant United States Attorney
                                    Bar Number: 9083-E56R
                                    Post Office Box 197
                                    Montgomery, AL  36101-0197
                                    Telephone No.: (334) 223-7280
                                    Facsimile No.: (334) 223-7418
                                    E-mail:  **rand.neeley@usdoj.gov**

```
          IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,             )
                                  )
      v.                          )
                                  ) Civil No. 2:06-CV-817-WKW
CHERYL P. CHARLES, c/k/a          )
CHERYL P. HUNTER,                 )
                                  )
            Defendant.             )

## JUDGMENT

A default having been entered as to the defendant, Cheryl P. Charles, c/k/a Cheryl P. Hunter, in the above case on the _____ day of __November__, 2006, all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against said defaulted defendant and having filed a proper certificate with me as to the amount due from the defendant to the plaintiff;

Judgment is, therefore, hereby rendered in favor of the plaintiff, the United States of America, and against the defendant, Cheryl P. Charles, c/k/a Cheryl P. Hunter, in the sum of $17,998.07, plus interest at the rate of 8 percent per annum from and after July 18, 2006, to the date of judgment, and interest at the rate of _____ percent per annum from the date of judgment until paid in full, for cost of suit and other proper relief.

DATED this _____ day of __November__, 2006.

                                   _____
                                   DEBRA P. HACKETT, Clerk