IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 2:06-CV-817-WKW |
| CHERYL P. CHARLES, c/k/a CHERYL P. HUNTER, | ) |
| Defendant. | ) |

### APPLICATION TO CLERK FOR ENTRY OF DEFAULT

The Clerk for the above-entitled Court will enter default against the Defendant, Cheryl P. Charles, c/k/a Cheryl P. Hunter, in the above cause for failure to plead, answer or otherwise defend in said cause as required by law.

LEURA G. CANARY
United States Attorney

By: s/R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

Default entered

*November 21, 2006*

BY: *[signature] Debra P. Hackett*
Clerk/~~Chief Deputy~~