AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

**BILL OF COSTS**

UNITED STATES OF AMERICA,

v.   Case Number: 2:06-cv-817-WKW

CHERYL P. CHARLES, c/k/a
CHERYL P. CHARLES HUNTER

Judgment having been entered in the above-entitled action on __11/21/2006__ against Cheryl P. Charles, c/k/a Cheryl P. Charles Hunter
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 350.00 |
| Fees for service of summons and subpoena | 113.14 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| es and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in this case | |
| Docket fees under 28 U.S.C. 1923 | 20.00 |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL $ | 483.14 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Cheryl P. Charles, c/k/a Cheryl P. Charles Hunter, 1324 Grier Road, Wetumpka, AL 36092

Signature of Attorney: /s/ R. Randolph Neeley

Name of Attorney: R. RANDOLPH NEELEY

For: The United States of America      Date: 11/22/06
Name of Claiming Party

Costs are taxed in the amount of _483.14_ and included in the judgment.

_Debra P. Hackett_      By: [signature]      11-27-06
Clerk of Court           Deputy Clerk         Date